IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNIE ARRINGTON, | x   Civil Action No.: 15-CV-6750 |
| Plaintiff, | |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), | |
| Defendant. | |

## MOTION FOR SUMMARY JUDGMENT

Defendant National Railroad Passenger Corporation ("Amtrak") hereby moves this Court, pursuant to Federal Rule of Civil Procedure 56, for an Order granting summary judgment in favor of Amtrak and dismissing Plaintiff's Complaint with prejudice. In support thereof, Amtrak relies upon its Statement of Material Facts, Memorandum of Law in Support of Summary Judgment, the Declaration of Andrew J. Kornblau, Exhibits and case law submitted herewith.

By: _____
Andrew J. Kornblau
PA ID# 200485
Landman Corsi Ballaine & Ford P.C.
Attorneys for Defendant National
Railroad Passenger Corporation ("Amtrak")
(215) 561-8540
akornblau@lcbf.com

Dated: November 16, 2016

4836-7456-0061v.1