IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNIE E. ARRINGTON<br>*Plaintiff*<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION<br>*Defendant* | : CIVIL ACTION<br>:<br>: NO. 15-6750<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 5th day of April 2017, upon consideration of the *motion for summary judgment* filed by Defendant National Railroad Passenger Corporation ("Defendant"), [ECF 26], the opposition thereto filed by Plaintiff Annie E. Arrington, [ECF 27], and Defendant's reply, [ECF 30], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that the motion is **GRANTED**, and judgment is entered in favor of Defendant National Railroad Passenger Corporation and against Plaintiff Annie E. Arrington.

**IT IS FURTHER ORDERED** that the final pretrial conference scheduled for April 12, 2017, is cancelled. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*